Anthony J. Palik (SBN 190971)
LAW OFFICES OF FERNANDO F. CHAVEZ
1107 9th Street, Suite 1011
Sacramento, CA 95814
Phone: (916) 325-1188

Attorneys for plaintiff James Pham

McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, acting through the SOCIAL SECURITY ADMINISTRATION and JO ANNE B. BARNHART, individually and as Commissioner of the Social Security Administration,<br><br>　　　　　Defendants. | CIV 2:05-cv-00246 FCD-GGH<br><br>STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS; and ORDER THEREON |

　　　Pursuant to L.R. 83-141 (E.D.Cal.), the parties hereby agree to stay discovery pending the court's resolution of defendants' motion to dismiss for lack of subject matter jurisdiction and any related motion that may be filed.  In furtherance of this stipulation, the parties hereby agree to the following briefing schedule:

　　　Defendants' opening brief shall be filed on or before February 10, 2006

　　　Plaintiff's opposition brief shall be filed on or before March 3, 2006

1

1     Defendants' reply brief shall be filed on or before March 13, 2006

2     The hearing on said motion shall be March 24, 2006, at 10:00 a.m.

3 If the motion is denied in whole or in part, discovery shall be reopened for a period of three months

4 and all remaining dates, at the Court's preference, shall be re-set by the Court or by stipulation of the

5 parties after obtaining available dates from the courtroom deputy.

6                                       Respectfully submitted,

8 DATED: January 13, 2006         LAW OFFICES OF FERNANDO F. CHAVEZ

10                                        /s/ Anthony J. Palik

11                                        Anthony J. Palik, Esq.
                                           Attorney for Plaintiff

13 DATED:   20 January 2006         McGREGOR W. SCOTT
                                            United States Attorney

14                                        /s/ Debora G. Luther

15                               By: DEBORA G. LUTHER
                                            Assistant U.S. Attorney
16                                             Attorneys for Defendants

18                                            ORDER

19     FOR GOOD CAUSE SHOWN, discovery shall be stayed in this matter pending the

20 resolution of defendants' motion to dismiss for lack of subject matter jurisdiction and any related

21 motion brought by the parties.

22     IT IS SO ORDERED.

24 DATED: February 2, 2006                        /s/ Frank C. Damrell Jr.
                                                             FRANK C. DAMRELL, Jr.
25                                                               United States District Judge